J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant
Americredit Financial Services
d/b/a GM Financial*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gregorio Guevara-Andrade,<br><br>Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., Prestige Chrysler Jeep Dodge, LLC, and Americredit Financial Services, Inc., d/b/a General Motors Financial Company, Inc.<br><br>Defendants. | Case No. 2:20-cv-00332-APG-DJA<br><br>**JOINT MOTION AND ORDER TO EXTEND DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL'S TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

COMES NOW Plaintiff Gregorio Guevara-Andrade ("Plaintiff") and Defendant Americredit Financial Services, Inc. d/b/a GM Financial ("Defendant"), by counsel and pursuant to Local Rule IA 6-1, jointly move for an extension as follows:

## STATEMENT OF JOINT MOTION

1. On February 14, 2020 Plaintiff filed a Complaint with this Court (ECF No. 1).

2. Defendant was served with the Complaint on February 24, 2020.

3. Defendant's response to the Complaint is due by March 16, 2020.

4. The parties are engaging in preliminary discussions in this matter. In order to explore the possibility of an early resolution, Defendant desires an extension until March 30, 2020 to file a response to the Complaint.

5. Counsel for Defendant conferred with counsel for Plaintiff regarding this Joint Motion. Counsel for Plaintiff agrees to the requested extension.

110746603.1

6. This Joint Motion is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting Defendant the requested extension of time and has consented to the requested extension.

7. This is the first request for extension of time for defendant to respond to the Complaint.

DATED: March 16, 2020.

DATED: March 16, 2020.

  /s/ J Christopher Jorgensen
J Christopher Jorgensen (NV Bar #5382)
Matthew R. Tsai (NV Bar #14290)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Counsel for Defendant*

  /s/ Steven Al Alpert
Steven A. Alpert (NV Bar #8353)
PETERS AND ASSOCIATES, LLP
420 S. Jones Blvd.
Las Vegas, NV 89107
Tel: 866-881-2133
Email: alpert@pricelawgroup.com

*Counsel for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: March 26, 2020

110746603.1