# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORIO GUEVARA-ANDRADE,<br><br>      Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUCTIONS, INC., et al.,<br><br>      Defendants | Case No.: 2:20-cv-00332-APG-DJA<br><br>**Order Granting Unopposed Motion to Dismiss and Denying as Moot Motion for Pro Hac Vice Admission**<br><br>[ECF Nos. 20, 32] |

Defendant Prestige Chrysler Jeep Dodge, LLC moves to dismiss the amended complaint. ECF No. 32. Plaintiff Gregorio Guevara-Andrade did not respond. I therefore grant the motion as unopposed. LR 7-2(d).

I THEREFORE ORDER that defendant Prestige Chrysler Jeep Dodge, LLC's motion to dismiss **(ECF No. 30) is GRANTED as unopposed**.

I FURTHER ORDER that the verified petition for *pro hac vice* admission filed by Gayathiri Shanmuganatha **(ECF No. 20) is denied without prejudice as moot**.

DATED this 1st day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE