**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORIO GUEVARA-ANDRADE, | Case No.: 2:20-cv-00332-APG-DJA |
| Plaintiff | **Order Granting Motion for Reconsideration and Reinstating Motion to Dismiss** |
| v. | |
| EXPERIAN INFORMATION SOLUCTIONS, INC., et al., | [ECF Nos. 32, 34] |
| Defendants | |

I previously granted defendant Prestige Chrysler Jeep Dodge, LLC's motion to dismiss because the plaintiff did not file an opposition to the motion. ECF No. 33. The plaintiff now moves for reconsideration, arguing that his failure to oppose was due to his counsel's calendaring mistake. ECF No. 34. Prestige did not file an opposition to the motion for reconsideration. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." LR 7-2(d). I therefore grant the motion for reconsideration and reinstate the motion to dismiss.

I HEREBY ORDER that the plaintiff's motion for reconsideration **(ECF No. 34) is granted**. The plaintiff shall file the opposition to the motion to dismiss as a separate document. The motion to dismiss filed by defendant Prestige Chrysler Jeep Dodge, LLC's motion **(ECF No. 32) is reinstated** and the deadline for filing the reply will be as set forth in the Local Rules.

DATED this 6th day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE