Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd,
Las Vegas, NV 89118
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Gregorio Guevara Andrade*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Gregorio Guevara-Andrade,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc., Prestige Chrysler Jeep Dodge, LLC, and Americredit Financial Services, Inc., d/b/a/ General Motors Financial Company, Inc.<br><br>　　　　Defendants. | Case No.: 2:20-cv-00332-APG-DJA<br><br>STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO MOTION TO DISMISS<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to Local Rule IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Plaintiff Gregorio Guevara-Andrade ("Plaintiff) and Defendant Prestige Chrysler Jeep Dodge, LLC ("Prestige"), by and through their respective counsel of record, stipulate as follows:

　　　　On July 6, 2020, the Court reinstated the Motion to Dismiss filed by Prestige.  That same day, Prestige learned that (1) Defendant Experian Information Solutions, Inc. and Plaintiff had reached a settlement and (2) Defendant Americredit Financial Services, Inc. and Plaintiff were anticipating a resolution as well.  In light of the fact that the Defendants

subject to the federal claims will be dismissed from the suit, counsel for Prestige and Plaintiff conferred and determined that it would be the best use of the parties resources and the Court's time to extend the time for Prestige to reply in support of their Motion to Dismiss (if at all).  Rule 6(b) requires the Court to approve an extension of time for Prestige to file a responsive pleading, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

1. This is the Parties' first stipulation for an enlargement of time to reply to an opposition.

2. On July 8, 2020, Plaintiff filed his Opposition to Defendant's Prestige's Motion to Dismiss, making Defendant's reply due by July 15, 2020.

3. The Parties stipulate and agree that the deadline for Defendant to file a reply to Plaintiff's Opposition shall be extended to August 7, 2020.

/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././

4. The parties request this extension to allow counsel time for informal discovery and settlement discussions. This stipulation is not made for the purpose of delay and is intended to preserve the parties and the Court's resources.

DATED: July 10, 2020

RESPECTFULLY SUBMITTED,

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd,
Las Vegas, NV 89118
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Gregorio Guevara Andrade*

*/s/Krista J. Nielson*
Krista J. Nielson (Nevada Bar No. 10698)
10100 W. Charleston Blvd, Ste. 220
Las Vegas, NV 89135
Telephone: 702.258.8200
Facsimile: 702.258.8787
E-Mail: knielson@tblaw.com
*Attorneys Defendant*
*Prestige Chrysler Jeep Dodge, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 10, 2020.