Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd,
Las Vegas, NV 89118
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Gregorio Guevara Andrade*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gregorio Guevara-Andrade,<br><br>      Plaintiff,<br><br>  v.<br><br>Experian Information Solutions, Inc., Prestige Chrysler Jeep Dodge, LLC, and Americredit Financial Services, Inc., d/b/a/ General Motors Financial Company, Inc.<br><br>      Defendants. | Case No.: 2:20-cv-00332-APG-DJA<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GENERAL MOTORS FINANCIAL COMPANY, INC. |

    Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gregorio Guevara-Andrade ("Plaintiff") and Defendant Americredit Financial Services, Inc., d/b/a General Motors Financial Company, Inc. ("GM"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant GM only. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED: July 29, 2020                      _____
                                                    UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| */s/Steven A. Alpert* | */s/Matthew R. Tsai* |
| Steven A. Alpert, NV Bar # 8353 | J Christopher Jorgensen |
| PRICE LAW GROUP, APC | Nevada Bar No. 5382 |
| 5940 S Rainbow Blvd, | Matthew R. Tsai |
| Las Vegas, NV 89118 | Nevada Bar No. 14290 |
| T: (866) 881-2133 | LEWIS ROCA ROTHGERBER |
| F: (866) 401-1457 | CHRISTIE LLP |
| E: alpert@pricelawgroup.com | 3993 Howard Hughes Pkwy, Suite 600 |
| *Attorneys for Plaintiff,* | Las Vegas, NV 89169 |
| *Gregorio Guevara Andrade* | T: 702-949-8200 |
| | E: cjorgensen@lrrc.com |
| | E: mtsai@lrrc.com |
| | *Attorneys for Defendant Americredit* |
| | *Financial Services d/b/a GM Financial* |

**IT IS ORDERED**

_____
Hon. Andrew P. Gordon
UNITED STATES DISTRICT JUDGE

DATED:

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*