Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd,
Las Vegas, NV 89118
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Gregorio Guevara Andrade*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gregorio Guevara-Andrade,<br><br>         Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc., Prestige Chrysler Jeep Dodge, LLC, and Americredit Financial Services, Inc., d/b/a/ General Motors Financial Company, Inc.<br><br>         Defendants. | Case No.: 2:20-cv-00332-ADG-DJA<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gregorio Guevara-Andrade ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian. The parties have further stipulated that each party shall bear their own attorneys' fees, cost and expenses.

**IT IS SO ORDERED.**

DATED: July 29, 2020

_____
UNITED STATES DISTRICT JUDGE

- 1 -

RESPECTFULLY SUBMITTED,

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd,
Las Vegas, NV 89118
T: (866) 881-2133
F: (866) 401-1457
E: alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Gregorio Guevara Andrade*

*/s/Andrew J. Sharples*
Jennifer L. Braster, NV Bar # 9982
Andrew J. Sharples, NV Bar # 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
T: (702) 420-7000
F: (702) 420-7001
E: jbraster@nblawnv.com;
asharples@nblawnv.com

Katherine A. Neben, NV Bar #14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
T: (949) 851-3939
F: (949) 553-7539
E: kneben@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc*

**IT IS ORDERED**

_____
Hon. Andrew P. Gordon
UNITED STATES DISTRICT JUDGE

DATED:

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*